PER CURIAM.

Jimmie H. Woodson, Sr., seeks to appeal the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Woodson v. Gilmore,* No. CA–00–952–2 (E.D.Va. Jan. 23, 2001). Furthermore, we find this appeal frivolous for purposes of 28 U.S.C.A. § 1915(e)(2), (g) (West Supp.2000). We deny Woodson's motions for release from incarceration, his motion for transfer, and his motion to dismiss counsel appointed by the State of Virginia. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

James A. Pauling, pro se.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

James A. Pauling appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss this appeal on the reasoning of the district court. *See Pauling v. South Carolina,* No. CA–00–2412–2–22AJ (D.S.C. Nov. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

James A. PAULING, Plaintiff–Appellant,

v.

State of SOUTH CAROLINA; Charles Molony Condon, South Carolina Attorney General; John Potterfield, Deputy Public Defender, Defendants–Appellees.

No. 01–6128.

United States Court of Appeals, Fourth Circuit.

Submitted March 9, 2001.

Decided March 21, 2001.

Angela D. ESTES, Plaintiff–Appellee,

v.

MERIDIAN ONE CORPORATION; Member Fax Program, Incorporated, d/b/a The Fax Pros, Defendants–Appellants.

No. 99–2662.

United States Court of Appeals, Fourth Circuit.

Argued Dec. 6, 2000.

Decided March 23, 2001.